**No. P66/115.**—Williams & Rosenbaum, Inc. *v.* United States, protest 65/9640 (Boston).

OLIVER, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of plastic paperweights similar in all material respects to those the subject of *Ace Importing Co., Inc.* v. *United States* (50 Cust. Ct. 226, Abstract 67488), the claim of the plaintiff was sustained.